IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANDRE TAYLOR, et al.,

        Defendants.

Case No. 12-00291-01/20-CR-W-GAF

## AMENDED GOVERNMENT'S WITNESS LIST

The United States of America may call the following witnesses during the trial in the above-captioned case:

1. Alvarez, Luis
   Special Agent, Federal Bureau of Investigation

2. Armstead, James
   Detective, Kansas City Missouri Police Department

3. Beeman, Kurt
   Detective, Jackson County Drug Task Force

4. Beggs, John
   Detective, Jackson County Drug Task Force

5. Blevins, Tanya
   Detective, Jackson County Drug Task Force

6. Blodgett, Doug
   Detective, Jackson County Drug Task Force

7. Boles, Steve
   Sgt., Independence Missouri Police Department

8. Brooks, Paul
   Detective, Jackson County Drug Task Force

9. Brousil, Ben
   Special Agent, Federal Bureau of Investigation

10. Brown, Consuela

11. Brown, Matt
    United States Marshals Service

12. Brown, Patricia A,
    North Central Laboratory

13. Brown, William

14. Bryant, Greg
    Lee's Summit Missouri Police Department

15. Budke, Chris
    Special Agent, Federal Bureau of Investigation

16. Burchfield, Eric
    Detective, Jackson County Drug Task Force

17. Caballero, Edward
    Detective, Kansas City Missouri Police Department

18. Cash, Christopher
    Trooper, Texas Department of Public Safety

19. Caslen, Nicholas
    Special Agent, Federal Bureau of Investigations

20. Cathy, Mario
    Detective, Kansas City Missouri Police Department

21. Christianson, Joe
    Detective, Independence Missouri Police Department

22. Clark, Kelly
    Sergeant, Kansas City Missouri Police Department

23. Clark, Paul
    Officer, Kansas City Missouri Police Department

24. Clark, Robert E.

25. Cline, Renee
    Special Agent, Federal Bureau of Investigation

26. Colburn, Mark
    Special Agent, Federal Bureau of Investigation

27. Cooper, Kenneth Vaughn

28. Comerio, Evan
    Task Force Officer, Federal Bureau of Investigation

29. Corbin, Mark
    Task Force Officer, Federal Bureau of Investigation

30. Cummings, Dan
    Officer in Charge, Jackson County Drug Task Force

31. Curby, Dan
    Detective, Jackson County Drug Task Force

32. Daly, Samantha
    Detective, Lee's Summit Missouri Police Department

33. Daneff, Joseph
    Detective, Kansas City Missouri Police Department

34. Davis, Josh
    Detective, Kansas City Missouri Police Department

35. Doogs, Steven
    Detective, Jackson County Drug Task Force

36. Doumitt, Ronald
    Detective, Lee's Summit Missouri Police Department

37. Draveling, Brian
    Detective, Jackson County Drug Task Force

38. Duncan, Larry
    United States Marshals Service

39. Dundovich, Dion
    Task Force Officer, Federal Bureau of Investigations

40. Edwards, Terry
    Task Force Officer, Federal Bureau of Investigation

41. Ellis, Derrick
    Officer, Kansas City Missouri Police Department

42. Ellis, Randy
    Sgt., Jackson County Drug Task Force

43. Ervin, Michael
    Officer, Lee's Summit Police Department

44. Ferguson, Laura
    Special Agent, Federal Bureau of Investigations

45. Fox, Gina
    Special Agent, Federal Bureau of Investigations

46. Freeman, Kevin
    Sergeant, Jackson County Drug Task Force

47. Gaines, Todd
    Special Agent, Federal Bureau of Investigation

48. Greenwell, Eric
    Sgt., Kansas City Missouri Police Department

49. Gress, Kendra
    Special Agent, Federal Bureau of Investigations

50. Grubb, Steve
    Officer, Lee's Summit Police Department

51. Hartwig, Mike
    Special Agent, Federal Bureau of Investigation

52. Hasch, Christie
    Detective, Jackson County Drug Task Force

53. Hawks, Larry
    Special Agent, Federal Bureau of Investigations

54. Hayes, Dominic N.

55. Herrera, Joseph
    Property Officer, Jackson County Drug Task Force

56. Hoffman, Donnie
    Detective, Kansas City Missouri Police Department

57. Holey, Brandy
    Independence Missouri Police Department Laboratory

58. Horalek, Cory
    Task Force Officer, Federal Bureau of Investigation

59. Horalek, Craig
    Detective, Kansas City Missouri Police Department

60. Houston, Bruce
    Task Force Officer, Federal Bureau of Investigation

61. Howard, Daniel

62. Hudspeth, Joshua

63. Hughes, Keegan
    Detective, Jackson County Drug Task Force

64. Huth, Charles
    Sergeant, Kansas City Missouri Police Department

65. Huth, Vernon
    Detective, Kansas City Missouri Police Department

66. Jackson, Christine
    Federal Bureau of Investigations, Elsur Tech

67. Jones, Keith

68. Jury, Zachary
    Special Agent, Federal Bureau of Investigation

69. Kenyon, G. Matthew
    Special Agent, Federal Bureau of Investigation

70. Kesler, Christopher
    Detective, Jackson County Drug Task Force

71. King, Mitch
    Special Agent, Federal Bureau of Investigation

72. Kline, Megan
    Special Agent, Federal Bureau of Investigation

73. Klingenberg, Ken
    Special Agent, Internal Revenue Service

74. Koechner, Brian
    Special Agent, Federal Bureau of Investigation

75. Lane, Stacie
    Special Agent, Federal Bureau of Investigation

76. Lee, Donald
    Supervisory Special Agent, Federal Bureau of Investigation

77. Lett, Harry
    Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

78. Logan, Nick
    Detective, Jackson County Drug Task Force

79. Lomardo, Jamie
    Federal Bureau of Investigations, Evidence

80. Machiche, Ruben

81. Maiorana, Sheri
    Special Agent, Federal Bureau of Investigations

82. Marsac, Kelly
    Federal Bureau of Investigations, Elsur Tech

83. McCall, Matt
   Task Force Officer, Federal Bureau of Investigations

84. McCall, Matthew
   Sgt., Jackson County Drug Task Force

85. McCannon, Kristen
   Independence Missouri Police Department Laboratory

86. McCormick, Trish
   Special Agent, Federal Bureau of Investigations

87. Menzel, Alex
   Special Agent, Federal Bureau of Investigations

88. Meriano, Alex
   Special Agent, Federal Bureau of Investigations

89. Miller, Matthew
   Detective, Lee's Summit Police Department

90. Miller, Mike
   Detective, Kansas City Missouri Police Department

91. Minton, Marlon

92. Murray, Michael
   Sergeant, Lee's Summit Police Department

93. Oyler, Michael
   Special Agent, Federal Bureau of Investigation

94. Parman, Elaina
   Chemist, Independence Crime Laboratory

95. Parrish, Brett
   Detective, Lee's Summit Police Department

96. Pennington, Ian
   Evidence Tech, Federal Bureau of Investigation

97. Phillips, Travis
   Deputy, Jackson County Sheriff's Office

98. Plant, Robert
   Supervisory Special Agent, Federal Bureau of Investigation

99. Powell, Michael
   Firearm Enforcement Officer, Bureau of Alcohol, Tobacco, and Firearms

100. Ramana, Leena
   Special Agent, Federal Bureau of Investigations

101. Ramsey, Amy
    Special Agent, Federal Bureau of Investigations

102. Redetzke, Brandon
    United States Marshals Service

103. Reynolds, Ronal D.

104. Robinson, Herb
    Detective, Kansas City Missouri Police Department

105. Rodriquez, Shelly
    Special Agent, Federal Bureau of Investigations

106. Romey, Rob
    Detective, Jackson County Drug Task Force

107. Sanchez, Allen

108. Seeling, Scott
    United States Marshals Service

109. Simon, Isreal
    Special Agent, Federal Bureau of Investigation

110. Smilgis, Karen
    Special Agent, Federal Bureau of Investigation

111. Smith, David
    Special Agent, Federal Bureau of Investigation

112. Souders, James
    Deputy, Jackson County Sheriff's Office

113. Staerkel, Jonah
    Detective, Kansas City Missouri Police Department

114. Stanze, Don
    Detective, Kansas City Missouri Police Department

115. State of Missouri Disability (Custodian of Records)
    301 W. High St #840
    Jefferson City, Missouri 65102

116. Steele, Heather
    Detective, Jackson County Drug Task Force

117. Storms, Zach
    Detective, Kansas City Missouri Police Department

118. Svoboda, Jim
    Detective, Kansas City Missouri Police Department

119. Swanson, Timothy
    Special Agent, Federal Bureau of Investigations

120. Sweet, Johnny
    Task Force Officer, Federal Bureau of Investigation

121. Taylor, Darryl

122. Taylor, Robert

123. Tucker, Gary
    Sergeant., Jackson County Drug Task Force

124. Uribe, Rick
    Investigator, Texas Department of Public Safety

125. Vance, Terry L.

126. Vierya, E. Renee
    Special Agent, Federal Bureau of Investigation

127. Walters, Nicole
    Detective, Jackson County Drug Task Force

128. Weber, Lucretia
    Kansas City Drug Enforcement Administration Laboratory

129. Weiler, Richard
    Special Agent, Federal Bureau of Investigation

130. Whiteface, Lisa
    Deputy, United States Marshals Service

131. Williams, Ryan
    Special Agent, Federal Bureau of Investigation

132. Willis, Bryant

133. Winans, Wendy
    Detective, Jackson County Drug Task Force

134. Wiseman, Tahisha
    Special Agent, Federal Bureau of Investigation

135. Witt, Bryan
    Special Agent, Federal Bureau of Investigation

136. Znidarsic, Michael
    Tech Agent, Federal Bureau of Investigation

> Respectfully submitted,
>
> Tammy Dickinson
> United States Attorney
>
> By    /s/ Stefan C. Hughes
>
> Stefan C. Hughes
> Assistant United States Attorney
>
> Charles Evans Whittaker Courthouse
> 400 East 9th Street, Room 5510
> Kansas City, Missouri   64106
> Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on August 20, 2014, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

> /s/ Stefan C. Hughes
>
> Stefan C. Hughes
> Assistant United States Attorney